CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Rev. Earnest Lee Hobley
413 Longfellow Street NW
Washington DC 20011  _Plaintiff_

vs.

KFC Properties, Inc
Greg Dedrick, President  _Defendant_
2441 Gardnier Lane
Louisville Kentucky 40213

05-0005300

Civil Action No. _____

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Clerk of the Court_

Rev Earnest Lee Hobley
Name of Plaintiff's Attorney

413 Longfellow Street NW
Washington DC 20011
Address

301-237-3564
Telephone

By: _____  Deputy Clerk

Date: _____

05 1574

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

FILED
AUG - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM

SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011

      Plaintiff

Vs.

RECEIVED
CIVIL CLERK'S OFFICE
JUL 1 1 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

05-0005300

Civil Action No.

KFC Properties, Inc.
Greg Dedrick, President (Served)
1441 Gardnier Lane
Louisville, Kentucky 40213

      Defendant

## COMPLAINT

1. Plaintiff brings this action under the Civil Rights Act against Fraud/Cover-Up governed under the "Other Civil Rights" (non-employment) listed in the "L" section (440 Other Civil Rights) as listed on the JS-44 Civil Cover Sheet, rev. 2/01 DC.

2. Jurisdiction of this Court is provided pursuant to D.C. Code Sec. 2-1403.16 and 11-921 (1981) since the defendant does business in D.C., Plaintiff worked in this jurisdiction and the acts complained of took place in this jurisdiction.

3. Venue is appropriate since defendant does business in D.C., Plaintiff worked in this jurisdiction and the acts complained of took place in this jurisdiction.

## PARTIES

4. Plaintiff, Rev. Earnest Lee Hobley is a 48-year-old African American male who resides in Washington, D.C.

5. Defendant, Kentucky Fried Chicken U. S. Properties, Inc. is a for-profit company that operates as chain of fast foods restaurants in the metropolitan Washington, D. C. area.

## FACTS

6. On March 5, 2004, KFC deliberately made false statements to the United States District Court regarding a fraud claim the plaintiff Rev. Earnest Lee Hobley filed with the D.C. Superior Court on January 21, 2004.

7. On March 5th 2004, KFC deliberately made false statements in their Statement of Claims response to the plaintiff's complaint with regards to the following items: #13, #14, #15, #16, #20, #21, and #22.

8. On March 26, 2004, KFC deliberately made false statements in their motion to enforce arbitration agreement filed with the District Court. KFC falsely stated that the plaintiff, Rev. Earnest Lee Hobley's complaint was based upon the fact that he was "wrongfully denied payment of wages owed subsequent to his termination".

9. KFC refused to acknowledge that the Superior Court Criminal Division confirmed on July 10, 2003 that Mr. Olu Adepegba confessed by his own admission that he frequently cashed payroll checks issued in Rev. Hobley's name.

10. KFC refused to acknowledge that attorney at law Corinne Schultz stated in her February 6, 2004 motion for extension of trial date request to the D.C. Superior Court that KFC conducted an internal investigation and found Mr. Olu Adepegba guilty of endorsing Rev. Hobley's paychecks.

11. On June 10th 2005, KFC deliberately made false statements in their appellee brief to the United States Court of Appeals for the District of Columbia. KFC falsely stated that area coach Marcus Jackson reported to the D.C. police that Rev. Hobley had stolen money because KFC attempts to cover-up the fact that Mr. Adepegba was stealing money from KFC by lying to KFC, telling them that Rev. Hobley was still a KFC employee in order to receive payroll checks in Rev. Hobley's name.

12. On June 10th 2005, KFC deliberately made false statements in their appellee brief to the United States Court of Appeals for the District of Columbia. In their counter-statement of facts, KFC falsely stated that paychecks issued in Rev. Hobley's name were "mistakenly issued" and that KFC general manager, Mr. Olu Adepegba merely deposited them to cover funds allegedly "missing".

13. KFC's false statements are a mere transparent attempt to cover-up the fraudulent "scam" activities of Mr. Olu Adepegba and to deprive the plaintiff, Rev. Hobley of his right to due process, simply because of his pro se representation.

## NATURE OF CLAIM

14. The nature of claim is based upon, Fraud/Cover-Up governed under the "Other Civil Rights" (non-employment) listed in the "L" section (440 Other Civil Rights) as listed on the JS-44 Civil Cover Sheet, rev. 2/01 DC.

## REMEDY REQUESTED

WHEREFORE, Plaintiff requests this Court to grant him the following relief:

1. Direct that defendant compensates the Plaintiff for pain and suffering damages that he suffered because of Fraud/Cover-Up; and

2. Direct that defendant compensate the Plaintiff for punitive damages for their Fraud/Cover-Up; and

3. Direct that defendant compensate Plaintiff's attorney for reasonable attorney's fees and reimburse Plaintiff for costs that he incurred in being forced to bring this action for Fraud/Cover-Up; and

4. Grant such additional relief as the Court deems just and proper, and Wherefore, the premises considered, the Plaintiff demands judgment against the Defendant in the amount of $1,000,000.000.

## JURY DEMANDS

Plaintiff demands a trial by jury.

Respectfully Submitted,

*pro se* Rev. Earnest Lee Hobley
413 Longfellow St, N.W.
Wash., D.C. 20011
(301) 464-9751
(301) 237-3564



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Rev EARNEST LEE HOBLEY
Vs.
KFC PROPERTIES, INC.

C.A. No.    2005 CA 005300 B

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the judge designated below. All future filings in this case shall bear the name of the judge currently assigned to the case beneath the case number in the caption. Upon the filing of any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MICHAEL L RANKIN
Date:    07/11/05
Initial Conference: 9:30 am, Friday, October 21, 2005
Location:  Courtroom 519
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

Caio-60.doc