# EXHIBIT 1

SUPERIOR COURT
FOR THE DISTRICT OF COLUMBIA

Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 2001[?]

Plaintiff

Vs.

RECEIVED
CIVIL CLERK'S OFFICE
JUL 1 1 2005
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

05-0005300

Civil Action No.

KFC Properties, Inc.
Greg Dedrick, President (Served)
1441 Gardnier Lane
Louisville, Kentucky 40213

Defendant

## COMPLAINT

1. Plaintiff brings this action under the Civil Rights Act against Fraud/Cover-Up governed under the "Other Civil Rights" (non-employment) listed in the "L" section (440 Other Civil Rights) as listed on the JS-44 Civil Cover Sheet, rev. 2/01 DC.

2. Jurisdiction of this Court is provided pursuant to D.C. Code Sec. 2-1403.16 and 11-921 (1981) since the defendant does business in D.C., Plaintiff worked in this jurisdiction and the acts complained of took place in this jurisdiction.

3. Venue is appropriate since defendant does business in D.C., Plaintiff worked in this jurisdiction and the acts complained of took place in this jurisdiction.

## PARTIES

4. Plaintiff, Rev, Earnest Lee Hobley is a 48-year-old African American male who resides in Washington, D.C.

5. Defendant, Kentucky Fried Chicken U. S. Properties, Inc. is a for-profit company that operates as chain of fast foods restaurants in the metropolitan Washington, D. C. area.

## FACTS

6. On March 5, 2004, KFC deliberately made false statements to the United States District Court regarding a fraud claim the plaintiff Rev. Earnest Lee Hobley filed with the D.C. Superior Court on January 21, 2004.

7. On March 5th 2004, KFC deliberately made false statements in their Statement of Claims response to the plaintiff's complaint with regards to the following items: #13, #14, #15, #16, #20, #21, and #22.

8. On March 26, 2004, KFC deliberately made false statements in their motion to enforce arbitration agreement filed with the District Court. KFC falsely stated that the plaintiff, Rev. Earnest Lee Hobley's complaint was based upon the fact that he was "wrongfully denied payment of wages owed subsequent to his termination".

9. KFC refused to acknowledge that the Superior Court Criminal Division confirmed on July 10, 2003 that Mr. Olu Adepegba confessed by his own admission that he frequently cashed payroll checks issued in Rev. Hobley's name.

10. KFC refused to acknowledge that attorney at law Corinne Schultz stated in her February 6, 2004 motion for extension of trial date request to the D.C. Superior Court that KFC conducted an internal investigation and found Mr. Olu Adepegba guilty of endorsing Rev. Hobley's paychecks.

11. On June 10th 2005, KFC deliberately made false statements in their appellee brief to the United States Court of Appeals for the District of Columbia. KFC falsely stated that area coach Marcus Jackson reported to the D.C. police that Rev. Hobley had stolen money because KFC attempts to cover-up the fact that Mr. Adepegba was stealing money from KFC by lying to KFC, telling them that Rev. Hobley was still a KFC employee in order to receive payroll checks in Rev. Hobley's name.

12. On June 10th 2005, KFC deliberately made false statements in their appellee brief to the United States Court of Appeals for the District of Columbia. In their counter-statement of facts, KFC falsely stated that paychecks issued in Rev. Hobley's name were "mistakenly issued" and that KFC general manager, Mr. Olu Adepegba merely deposited them to cover funds allegedly "missing".

13. KFC's false statements are a mere transparent attempt to cover-up the fraudulent "scam" activities of Mr. Olu Adepegba and to deprive the plaintiff, Rev. Hobley of his right to due process, simply because of his pro se representation.

## NATURE OF CLAIM

14. The nature of claim is based upon, Fraud/Cover-Up governed under the "Other Civil Rights" (non-employment) listed in the "L" section (440 Other Civil Rights) as listed on the JS-44 Civil Cover Sheet, rev. 2/01 DC.

## REMEDY REQUESTED

WHEREFORE, Plaintiff requests this Court to grant him the following relief:

1. Direct that defendant compensates the Plaintiff for pain and suffering damages that he suffered because of Fraud/Cover-Up; and

2. Direct that defendant compensate the Plaintiff for punitive damages for their Fraud/Cover-Up; and

3. Direct that defendant compensate Plaintiff's attorney for reasonable attorney's fees and reimburse Plaintiff for costs that he incurred in being forced to bring this action for Fraud/Cover-Up; and

4. Grant such additional relief as the Court deems just and proper, and Wherefore, the premises considered, the Plaintiff demands judgment against the Defendant in the amount of $1,000,000.000.

## JURY DEMANDS

Plaintiff demands a trial by jury.

Respectfully Submitted,

*pro se* Rev. Earnest Lee Hobley
413 Longfellow St, N.W.
Wash., D.C. 20011
(301) 464-9751
(301) 237-3564