# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REV. EARNEST LEE HOBLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Nos. 05-1003 (RMC) |
| ) | 05-521 |
| KFC U.S. PROPERTIES, INC., ) | 05-522 |
| ) | 05-523 |
| Defendant. ) | 05-608 |
| ) | |

ORDER

In January and February 2004, Rev. Earnest Lee Hobley brought two lawsuits, *pro se*, against KFC U.S. Properties, Inc. (sued as Kentucky Fried Chicken, Inc.) ("KFC") alleging fraud, wage-and-hour violations, and the common law tort of "false accusation." KFC removed the cases from the Superior Court of the District of Columbia and moved to dismiss the case.

On August 3, 2004, the Court granted in part, and denied in part, KFC's motion to dismiss based upon an arbitration agreement signed by Rev. Hobley as a condition of his employment. *Hobley v. Kentucky Fried Chicken, Inc.*, Nos. 04-0314, 04-0492, (RMC), slip op. at 6 (D.D.C. Aug. 3, 2004). Upon motion by KFC, the Court reconsidered its earlier denial in part, found the motion meritorious, and dismissed the case, determining that the entire dispute was subject to arbitration. *Hobley v. Kentucky Fried Chicken, Inc.*, Nos. 04-0314, 04-0492, (RMC), slip op. at 8 (D.D.C. Oct. 26, 2004). Rev. Hobley has appealed this dismissal.

In late February and early March 2005, Rev. Hobley filed four new complaints against KFC in Superior Court for defamation of character, malicious prosecution, false arrest, and identity

theft. KFC removed these cases, contending that the facts and legal issues are identical to those raised in Rev. Hobley's first two complaints. These new complaints were noticed as related to the earlier cases and the undersigned consolidated them pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 42(a) ("When actions involving a common question of law or fact are pending before the court . . . it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.").

Subsequent to this consolidation, Rev. Hobley filed yet another complaint against KFC in Superior Court, this time alleging that Defendant submitted a forged document to this Court. Again, KFC removed the case and noticed it as related to the others on the grounds that the facts and legal issues are identical to those raised in the first six cases.

After a June 2, 2005 status conference and after reviewing the various complaints, the Court finds that they involve the same parties, similar issues of law, and proceed from a common nucleus of operative fact.[1] Accordingly, it is in the interest of judicial economy for the cases to be consolidated. These cases will be stayed pending the disposition of Rev. Hobley's appeal.

For the reasons stated, Civil Action Nos. 05-1003, 05-521, 05-522, 05-523, and 05-608 are ordered **CONSOLIDATED** and **STAYED**.

**SO ORDERED.**

DATE: June 2, 2005.                            /s/_____
                                               ROSEMARY M. COLLYER
                                               United States District Judge

---

[1] Upon oral motion by defense counsel at the June status conference, the Court granted *nunc pro tunc* an extension of time to file its answers. Because the cases are stayed, no answer need be filed at this time.