UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY

      Plaintiff                                    Civil Action No.  1:05-cv-1574

Vs.

KFC U. S. Properties, Inc.                        Hon. Rosemary M. Collyer

      Defendant

## THE PLAINTIFF'S MOTION TO REQUEST THE COURT TO DENY KFC'S REQUEST TO ENFORCE AN ARBITRATION AGREEMENT FOR FRAUD/COVER-UP

COMES NOW Rev. Earnest Lee Hobley, Plaintiff pro se in the above captioned matter and in support of this motion states as follows:

The general and specific intent in these matters are clear and apparent, criminal in nature (fraud/ cover-up) and cannot be construed in any reasonable or equitable manner as having any legal nexus to Plaintiff, Rev. Earnest Hobley's employment with the company. Without such legal nexus there is no valid basis for KFC's vexatious and frivolous demand for employee arbitration for a non-employee.

## INTRODUCTION

Due process of law expands with the jurisprudential attitude and obligation for fundamental fairness; the current ruling of the Court does not support this concept.

## STATEMENT OF FACTUAL BACKGROUND

KFC refuses to acknowledge that the D.C. Superior Court's criminal division confirmed on July 10, 2003 that Mr. Olu Adepegba confessed, by his own admission that he frequently cashed payroll checks issued in the Plaintiff's name.

KFC refuses to acknowledge that Attorney at law, Corinne Schultz states in her February 6, 2004 motion for an extension of trial date request to the D.C. Superior Court, Corinne Schultz stated that KFC conducted an internal investigation and found Mr. Adepegba guilty of endorsing and cashing Rev. Hobley's payroll checks.

RECEIVED

NOV -3 2005

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

On March 5, 2004, KFC deliberately made false statements to the U. S. District Court regarding the fraud claim that the Plaintiff filed with the D.C. Superior Court on January 21, 2004.

## ARGUMENT

Mr. Olu Adepegba confessed to the D. C. District Attorney's office that he had endorsed and cashed the Plaintiff's payroll checks. Mr. Olu Adepegba admitted to deliberately lying to KFC by claiming that the Plaintiff was still a KFC employee.

## SUMMARY

There is no agreement, signed or otherwise to arbitrate fraud cover-up committed against the Plaintiff by falsifying time records and requesting payment for work, supposedly performed by the Plaintiff, **after his employment terminated with KFC.**

## CONCLUSION

For the foregoing reasons, the Plaintiff, Rev. Earnest Hobley respectfully requests this Court to dismiss KFC's arbitration agreement claim and Grant the Plaintiff, Rev. Earnest Hobley the right to exercise his Constitutional rights for equitable relief in a Court of competent jurisdiction.

Respectfully submitted,

*Pro se* Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011
(301) 237-3564

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **THE PLAINTIFF'S MOTION TO REQUEST THE COURT TO DENY KFC'S REQUEST TO ENFORCE AN ARBITRATION AGREEMENT FOR FRAUD/COVER-UP** was mailed on November 5, 2005 to the following:

Attorney Eric J. Pelton
280 North Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009-5394


Rev. Earnest Lee Hobley