UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REV. EARNEST LEE HOBLEY

        Plaintiff                                         Civil Action No. 1:05-cv-1574

Vs.

KFC U. S. Properties, Inc.                       Hon. R.M.C.

        Defendant

**PLAINTIFF'S MOTION REQUESTING THE COURT TO DISMISS THE DEFENDANT'S OCTOBER 27, 2005 RESPONSE TO PLAINTIFF'S MOTION TO EXERCISE HIS CONSTITUTIONAL RIGHT TO EQUITABLE RELIEF IN A COURT OF COMPETENT JURISDICTION**

COMES NOW Rev. Earnest Lee Hobley, Plaintiff pro se in the above captioned matter and in support of this motion states as follows:

  KFC deliberately attempts to mislead the Court by claiming that the ruling made by the U.S. District Court on October 26, 2004 and the ruling made by the Court of appeals on September 9, 2005 should be the same in this instant matter rings hollow. The Courts' rulings were based upon KFC's argument concerning the Plaintiff's false accusation claims **and not** the Plaintiff's argument concerning KFC breaching their own arbitration agreement. KFC breaching their arbitration has never been addressed or adjudicated by neither U.S. District Court to or the Court of Appeals.

WHEREFORE, the premises considered, Plaintiff respectfully requests that:

1. Defendant's Motion To Enforce Arbitration Agreement and Dismiss Complaint, And To Sanction Plaintiff For Vexatious Litigation be dismissed with prejudice; and,

2. Plaintiff, Rev. Earnest Hobley respectfully requests this Court to dismiss KFC's arbitration agreement claim and Grant the Plaintiff, Rev. Earnest Hobley the right to exercise his Constitutional rights for equitable relief in a Court of competent jurisdiction.

3. For such other and further relief as to this Honorable Court seems just and proper.

RECEIVED

NOV 22 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

*Pro se* Rev. Earnest Lee Hobley
413 Longfellow Street, N.W.
Washington, D.C. 20011
(301) 237-3564

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S MOTION REQUESTING THE COURT TO DISMISS THE DEFENDANT'S OCTOBER 27, 2005 RESPONSE TO PLAINTIFF'S MOTION TO EXERCISE HIS CONSTITUTIONAL RIGHT TO EQUITABLE RELIEF IN A COURT OF COMPETENT JURISDCTION** was mailed on November 22, 2005 to the following:

Attorney Eric J. Pelton
280 North Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009-5394

*pro se* Rev. Earnest Lee Hobley